UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYRELL MINGO, OMAR AHMAD, KAMAAL SHARIF-MERRITT, and KENNY GUERRERO,<br><br>Defendants. | 26 Cr. 408 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the application of defendant Kenny Guerrero seeking leave to file a motion to sever his case from the three other co-defendants. Guerrero's motion and supporting papers must be filed by November 17, 2026. Any party wishing to oppose this motion must file their opposition papers by November 24, 2026. Guerrero's papers in reply to any such opposition must be filed by December 1, after which the Court will promptly rule on the motion.

SO ORDERED.

New York, NY
November 16, 2026

JED S. RAKOFF, U.S.D.J.